NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

KAREN C. D'ORSI, individually and as          )
guardian of JAMES F. D'ORSI,                  )
                                              )
              Appellant,                       )
                                              )
v.                                            )          Case No. 2D19-408
                                              )
THERESE SCHULTZ, guardian of the              )
property of James F. D'Orsi, KAREN            )
COONS D'ORSI, LAURA D'ORSI                    )
BAUMAN, and JONATHAN D'ORSI,                  )
                                              )
              Appellees.                       )
_____)

Opinion filed November 27, 2019.

Appeal from the Circuit Court for Collier
County; Lauren L. Brodie, Judge.

Christopher D. Donovan, and Cathy S.
Reiman, of Roetzel & Andress, LPA,
Naples, for Appellant.

Matthew A. Linde and Douglas T. Gould of
Linde Law Group, Fort Myers, for
Appellees.


PER CURIAM.

              Affirmed.


LaROSE, LUCAS, and ATKINSON, JJ., Concur.